-FILED-

JUN 15 2022

At _____
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | CAUSE NO. 2:22CR0059 |
|---|---|---|
|  | ) |  |
| v. | ) | 18 U.S.C. § 922(g)(1) |
|  | ) |  |
| ALEXANDER GREENE | ) |  |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about February 28, 2022, in the Northern District of Indiana,

**ALEXANDER GREENE**,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

1

## FORFEITURE ALLEGATIONS

1. The allegations of the Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18 United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in the Indictment, **ALEXANDER GREENE**, defendant herein, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the commission of such offense.

A TRUE BILL:

s/Foreperson
FOREPERSON

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   s/Kevin F. Wolff
Kevin F. Wolff
Assistant United States Attorney

2